IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMANDA U. AJULUCHUKU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-0612-L |
| | § | |
| WACHOVIA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This is a pro se disability and national origin discrimination case filed by Plaintiff Amanda U. Ajuluchuku on April 6, 2006. Defendant Wachovia Corporation ("Wachovia" or "Defendant") filed its Motion to Dismiss on May 2, 2006. This action was referred to the United States Magistrate Judge for proposed findings and recommendation.

On July 5, 2006, the Findings and Recommendation of the United States Magistrate Judge ("Report") were filed. The magistrate judge determined that res judicata bars this case as Ajuluchuku filed a case in federal court in North Carolina against Wachovia raising some of the same claims based on the same underlying facts. The magistrate judge also found that Ajuluchuku has filed nearly 200 lawsuits in various federal courts across the country, including seven in the Northern District of Texas, in the past three years. Most of these lawsuits were dismissed as frivolous or for failure to state a claim. The magistrate recommends that the case be dismissed with prejudice and that Ajuluchuku be sanctioned $250 and barred from filing any civil actions in federal district court until the sanction is paid.

Ajuluchuku filed Plaintiff's Objection to Magistrate Judge Jeff Kaplan's Findings and Recommendation and Motion to Consider ("Objections") on July 11, 2006. She maintains that the case should not be dismissed and she not sanctioned, as she has suffered personal injuries due to Wachovia's conduct.

Having reviewed the pleadings, file and record in this case, and the findings and recommendation of the magistrate judge, and the Objections thereto, the court determines that the findings of the magistrate judge are correct. They are therefore accepted as those of the court. Accordingly, the court **overrules** Ajuluchuku Objections; **grants** Wachovia's Motion to Dismiss; and **dismisses this action with prejudice** pursuant to Fed. R. Civ. P. 12(b)(6), as Ajuluchuku's complaint fails to state a claim upon which relief can be granted. The court further **sanctions** Ajuluchuku $250 for her continuous filing of frivolous lawsuits and misuse of the judicial system. Ajuluchuku shall pay this amount to the Clerk of the United States District Court for the Northern District of Texas within **30 days** of the date of this order. Ajuluchuku is **barred** from filing any civil actions in federal district court until this sanction is paid, and the Clerk of the United States District Court for the Northern District of Texas is **instructed** not to accept any filings made by or on behalf of Ajuluchuku unless these conditions are met.

**It is so ordered** this 27th day of September, 2006.

_____
Sam A. Lindsay
United States District Judge